OPINION — AG — ** ELECTION — RE REGISTRATION ** SENATE BILL NO. 150 DEMANDS THE RE REGISTRATION STARTS AND THAT THE TIME LIMIT OF RE REGISTRATION IS FROM MARCH 1ST, 1954 TO MARCH 31ST, 1054. NOW THIS WILL REQUIRE THE RE REGISTRATION OF APPROXIMATELY 20,000 IN PITTSBURG COUNTY, AND I WOULD LIKE TO KNOW IF IT WOULD BE PERMISSIBLE TO START THIS REGISTRATION ON JANUARY 1ST, 1054, UNTIL THE EXPIRATION OF TIME ON MARCH 31ST, 1054 ? — NEGATIVE CITE: 26 O.S. 94.1 [26-94.1] (RICHARD M. HUFF)